IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:09CR188 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHARD J. ROBINSON, | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 17th day of December, 2009, this matter comes on before the Court upon the Plaintiff's Motion to amend the Final Order of Forfeiture dated December 11, 2009. The Court, being duly advised of the premises, finds as follows:

1. The Plaintiff's Motion shall be sustained.

2. This Court's Final Order of Forfeiture is hereby amended to reflect the United States Marshals Service is the agency responsible for disposing of the $264.00 in United States currency. All other provisions of the Final Order of Forfeiture remain in full force and effect.

IT IS SO ORDERED.

BY THE COURT:

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**